**Opinion issued June 25, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-01098-CV

———————————

## IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Liberty County Mutual Insurance Company filed a petition for writ of mandamus challenging the trial court's September 23, 2025 order denying its Rule 91a motion to dismiss The Hadi Law Firm, PLLC's claims in the underlying case.[1] We deny the petition.

---

[1] The underlying case is *The Hadi Law Firm, PLLC v. Sevag Abrilian and First Liberty Insurance Corporation d/b/a Liberty Mutual Insurance*, cause number 2025-14121, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.